```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17382
   JUAN FLORES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5271


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/29/2006 and was not confirmed.

    The case was dismissed without confirmation 08/02/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          SECURED NOT I         .00           .00            .00
WASHINGTON MUTUAL          SECURED NOT I         .00           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00           .00            .00
EMC MORTGAGE CORPORATION   SECURED NOT I         .00           .00            .00
COOK COUNTY TREASURER      SECURED          1777.00            .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE        .00            .00            .00
LITTON LOAN SERVICING      CURRENT MORTG        .00            .00            .00
GC SERVICES                UNSECURED       NOT FILED           .00            .00
PEOPLES GAS                UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00            .00
LITTON LOAN SERVICING      SECURED NOT I        .00            .00            .00
LITTON LOAN SERVICING LP   NOTICE ONLY    NOT FILED            .00            .00
EMC MORTGAGE CORPORATION   CURRENT MORTG        .00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         720.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,314.00                        744.80
TOM VAUGHN                 TRUSTEE                                          55.20
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     800.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    744.80
TRUSTEE COMPENSATION                               55.20
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                      800.00                800.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17382 JUAN FLORES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 12/05/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```